# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KUACHUA BRILLION XIONG, ) <br> ) <br> Defendant. ) <br> ) | No. 1:21-mj-0094-SHL <br><br><br><br> DEFENDANT'S AMENDED MOTION FOR CONTINUANCE OF DETENTION HEARING AND PRELIMINARY HEARING (UNRESISTED) |

COMES NOW, Defendant Kuachua Brillion Xiong., to move to continue his detention hearing. In support, counsel states:

1. The detention and preliminary hearing for Mr. Xiong is scheduled for December 30, 2021 at 3:00 p.m. Doc. 9. There has been no previous continuance of this hearing.

2. Mr. Xiong is currently in custody.

3. The undersigned would like to address other concerning issues before proceeding with the detention and preliminary hearing.

4. AUSA Michael Duffy does not resist this motion.

WHEREFORE, Mr. Xiong moves for a continuance of at least one week for his detention and preliminary hearing.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa   51101
Telephone:   712-252-4158
E-mail:   Mike_Maloney@fd.org

By:   /s/ Michael F. Maloney
MICHAEL F. MALONEY
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I filed this document via ECF, which will serve notice of its filing to AUSA Duffy.

/s/ Geralynn Fjeldheim