IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:21-mj-00094-SHL |
| v. | ) | |
| | ) | GOVERNMENT'S MOTION |
| KUACHUA BRILLION XIONG, | ) | TO FILE UNDER SEAL |
| | ) | |
| Defendant. | ) | |

Comes now the United States of America, by and through the United States Attorney for the Southern District of Iowa and the undersigned Assistant United States Attorney, and request permission to file its Motion for Examination under seal. The United States makes this request as its Motion contains, among other things, sensitive medical information that should not be made available to the public by said Motion being filed without seal on the CM/ECF system.

Wherefore, the Government requests this Court issue an Order allowing the United States to file its Motion for Mental Evaluation under seal.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:  */s/ Michael B. Duffy*
Michael B. Duffy
Assistant U.S. Attorney
Southern District of Iowa
8 South 6th Street, Suite 348
Council Bluffs, Iowa 51501
Tel: 712-256-5009
Fax: 712-256-5112
michael.duffy@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.   I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  \_\_\_\_ Fax  \_\_\_Hand Delivery

  X   ECF/Electronic filing  \_\_\_Other means-Email

UNITED STATES ATTORNEY

By: */s/PAC*_____
        Paralegal Specialist