RECEIVED
JAN 2 5 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:22-CR-00005 |
| v. | **INDICTMENT** |
| KUACHUA BRILLION XIONG, | T. 18, U.S.C. § 351(c) |
| | T. 18, U.S.C. § 871(a) |
| Defendant. | T. 18, U.S.C. § 879(a)(1) |
| | T. 18, U.S.C. §§ 924(c)(1)(A)(i), (d) |
| | T. 18, U.S.C. § 1751(c) |
| | T. 28, U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Attempt to Kill or Kidnap the President of the United States, Vice President of the United States, and Presidential Staff)

On or about December 21, 2021, in the Southern District of Iowa, the Defendant, KUACHUA BRILLION XIONG, knowingly did attempt to kill and kidnap the President of the United States, Joseph R. Biden, Jr.; the Vice President of the United States, Kamala D. Harris, and the Chief Medical Advisor to the President, Dr. Anthony Fauci.

This is a violation of 18 U.S.C. § 1751(c).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### (Threats Against the President of the United States and Vice President of the United States)

On or about December 21, 2021, in the Southern District of Iowa, the Defendant, KUACHUA BRILLION XIONG, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, Joseph R. Biden, Jr., and the Vice President of the United States, Kamala D. Harris. Specifically, Defendant threatened to kill or kidnap President Biden and Vice President Harris.

This is a violation of 18 U.S.C. § 871(a).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
(Threats Against Former Presidents of the United States and
the Immediate Family of a Former President)

On or about December 21, 2021, in the Southern District of Iowa, the Defendant, KUACHUA BRILLION XIONG, knowingly and willfully threatened to kill and to kidnap and to inflict bodily harm upon former President of the United States, Barrack H. Obama; former President of the United States William Jefferson Clinton, and the immediate family of former President Clinton, Hillary Rodham Clinton. Specifically, Defendant threated to kill or kidnap former President Obama, former President Clinton, and Hillary Clinton.

This is a violation of 18 U.S.C. § 879(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
(Attempt to Kill or Kidnap Members of Congress)

On or about December 21, 2021, in the Southern District of Iowa, the Defendant, KUACHUA BRILLION XIONG, did attempt to kill or kidnap Members of Congress, namely -- the senior United States Senator from Kentucky, Senator Mitch McConnell; the United States Representative for New York's 14th Congressional District, Alexandria Ocasio-Cortez; the United States Representative for California's 12th Congressional District and Speaker of the United States House of Representatives, Nancy Pelosi, and the junior United States Senator from Utah, Senator Mitt Romney.

This is a violation of 18 U.S.C. § 351(c).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
### (Possession of a Firearm in Furtherance of Crimes of Violence)

On or about December 21, 2021, in the Southern District of Iowa, the Defendant, KUACHUA BRILLION XIONG, did knowingly possess a firearm, namely, a Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and ammunition, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, the crimes charged in Count 1, 2, 3, or 4 of this Indictment.

This is a violation of 18 U.S.C. § 924(c)(1)(A)(i).

**THE GRAND JURY FINDS:**

### Notice of Forfeiture

Upon conviction for the offense alleged in Count 5 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and ammunition, including the .556 caliber rounds, identified in Count 5 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Michael B. Duffy
Assistant United States Attorney