IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:22-cr-00005 |
| v. ) | |
| ) | APPEARANCE |
| KUACHUA BRILLION XIONG, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, Assistant United States Attorney, Jason Griess, and hereby enters his appearance as lead counsel for the United States of America in the above-entitled case. Richard E. Rothrock should remain on the case as co-counsel and should continue to receive notices.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:   *S/Jason T. Griess*
Jason T. Griess
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Telephone: 515-473-9300
Telefax: 515-473-9292
Email: Jason.griess@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

  X   ECF/Electronic filing     ____Other means

UNITED STATES ATTORNEY

By: */s/PAC*
    Paralegal Specialist