IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:22-cr-005 |
| | ) | |
| v. | ) | MOTION TO EXTEND TIME |
| | ) | TO FILE GOVERNMENT'S |
| KUACHUA BRILLION XIONG, | ) | STATUS REPORT |
| | ) | |
| Defendant. | ) | |

COMES NOW, Assistant United States Attorney, Jason T. Griess, and files a status report for the above-referenced defendant, and states the following:

1. On October 4, 2022, the Court directed the parties to file a status report no later than October 11, 2022. (Dkt. 54.)

2. The undersigned attorney has been out of the office with an unexpected health issue since September 26, 2022.

3. The undersigned attorney needs to discuss its response (status report) with the government's expert witness and to date has been unable to do so.

4. Defense counsel has no objection to extending the government's deadline to submit its status report.

5. The Government therefore requests the deadline to submit its status report be extended to October 14, 2022.

                Respectfully submitted,

                Richard D. Westphal
                United States Attorney

By: */s/ Jason T. Griess*
     Jason T. Griess
     Assistant United States Attorney

     U.S. Courthouse Annex, Suite 286
     110 East Court Avenue
     Des Moines, Iowa 50309
     Tel: (515) 473-9300
     Fax: (515) 473-9292
     Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail   _____ Fax   \_\_\_\_\_Hand Delivery

\_X\_\_ECF/Electronic filing   \_\_\_\_Other means

UNITED STATES ATTORNEY

By: */s/ Jason T. Griess*
        AUSA

2