IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KUACHUA BRILLION XIONG,<br><br>    Defendant. | Case No. 1:22-cr-05-RGE-HCA<br><br>**DEFENDANT'S MOTION TO SEAL EXHIBIT FOR HEARING** |

COMES NOW, Defendant Kuachua Brillion Xiong, to move for leave to file an exhibit for his hearing under seal. The exhibit includes a confidential document which should not be publicly available.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101-1036
Telephone: (712) 252-4158
E-mail: Mike_Maloney@fd.org

By:  /s/ Michael F. Maloney
MICHAEL F. MALONEY
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I electronically filed this document with the Clerk of Court using the ECF system, which will serve it on the appropriate parties.

*/s/ Geralynn Fjeldheim*