IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:22-CR-005 |
| | ) | |
| v. | ) | GOVERNMENT'S MOTION FOR |
| | ) | LEAVE TO FILE STATUS REPORT |
| KUACHUA BRILLION XIONG, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |

COMES NOW, the United States of America, in the Southern District of Iowa, by and through Assistant United States Attorney Jason T. Griess, and hereby moves the court for permission to file the Government's Status Report under seal pursuant to Local Rule 5(c). Government's Status Report contains confidential medical and transport information about the Defendant, that should not be made public.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:  /s/ Jason T. Griess
Jason T. Griess
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email:  Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023 I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail                    _____Hand Delivery
__X__ECF/Electronic filing        _____Other means (email)

UNITED STATES ATTORNEY

By: /s/ Jason T. Griess, Assistant United States Attorney