IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:22-cr-005 |
| | ) | |
| v. | ) | GOVERNMENT'S MOTION |
| | ) | FOR LEAVE TO FILE STATUS |
| KUACHUA BRILLION XIONG, | ) | REPORT UNDER SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, in the Southern District of Iowa, by and through Assistant United States Attorney Jason T. Griess, and hereby moves the court for permission to file the Government's Status Report under seal. Government's Status Report contains information about a Defendant's ongoing medical treatment that should not be made public.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Jason T. Griess*
Jason T. Griess
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa  50309
Tel:  (515) 473-9300
Fax:  (515) 473-9292
Email:  Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on  July 10, 2023, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery
  X    ECF/Electronic filing       ____Other means

UNITED STATES ATTORNEY

By: /s/ Jason T. Griess
       Assistant U.S. Attorney