### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>)<br>)<br>**KUACHUA BRILLION XIONG,** )<br>)<br>    **Defendant.** )<br>) | No. 1:22-cr-05-RGE-HCA<br><br>**DEFENDANT'S MOTION TO EXTEND PLEA ENTRY DEADLINE (UNRESISTED)** |

COMES NOW, Defendant Kuachua Brillion Xiong, to move to extend the plea entry deadline. In support, counsel states:

1. The plea entry deadline is currently scheduled for November 2, 2023. There has been no previous extension of this deadline on defendant's motion.

2. Mr. Xiong is currently in custody.

3. The parties are negotiating and request additional time to execute the necessary documents.

4. AUSA Jason Griess does not resist this motion.

WHEREFORE, Mr. Xiong moves for an extension of the plea entry deadline to November 20, 2023.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa   51101
Telephone:   712-252-4158
E-mail:   Mike_Maloney@fd.org

By:   /s/ Michael F. Maloney
MICHAEL F. MALONEY
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on November 2, 2023, I filed this document via ECF, which will serve notice of its filing to the appropriate parties.

/s/ Geralynn Fjeldheim