**United States District Court for the Southern District of Iowa**

Presiding: Honorable Helen C. Adams, Chief U.S. Magistrate Judge
Criminal No. 1:22-cr-00005-RGE-HCA-1   :                        Clerk's Court Minutes – Plea

---

| | |
|---|---|
| United States of America | Gov. Atty(s): Jason T. Griess |
| vs. | Def. Atty(s): Michael F. Maloney |
| | Court Reporter: Chelsey Wheeler |
| Kuachua Brillion Xiong | Interpreter: N/A |

---

Date: 1/29/2024
Time Start: 11:16 am
Time End: 11:46 am

✔ Indictment    ☐ Superseding Indictment    ☐ Information
In  5  Count(s) – Code Violation:

18:871(a). Threats Against the President of the United States and Vice President of the United States (2)

☐ Certified/Language Skilled interpreter sworn
✔ Consent to magistrate accepted
✔ Defendant sworn
✔ Defendant advised of potential perjury charges
✔ Plea agreement to be filed
  ✔ Defendant understands
  ✔ Defendant agrees
  ☐ There is no plea agreement to file
✔ Defendant advised of nature of charges
✔ Defendant advised of elements
✔ Defendant satisfied with attorney
✔ Defendant advised of penalties
  ✔ Maximum fine/incarceration
  ☐ Mandatory minimum fine/incarceration
  ☐ Forfeiture/restitution
  ✔ Supervised release
    ✔ Maximum
    ☐ Mandatory minimum
  ✔ Mandatory Special Assessment
✔ No promises made regarding sentence
✔ Defendant advised of sentencing guidelines
✔ Defendant waives rights to jury trial
✔ Defendant advised of right to persist in not guilty plea

Defendant plea of guilty to Count(s): 2
Court findings:
✔ Factual basis ✔ Voluntariness ✔ Competency to Plea
✔ Court will file a Report and Recommendation that the defendant's plea be accepted as of the date of this hearing
✔ Counsel informed they have 14 days to file any objection to Report and Recommendation
☐ Court accepts plea
☐ Court rejects plea
Offense Conduct Statement due: To be set by further order
PSR to be disclosed to counsel: To be set by further order
Objections to PSR due: To be set by further order
Applicability of advisory guideline
to the Court due: 10 days before sentencing
Sentencing date: 6/18/2024 at 1:30 pm
       Before: The Honorable Rebecca Goodgame Ebinger
           In: Council Bluffs Courthouse   Rm: 100
Custody status:
✔ Detention
☐ Bond

---

Additional Information:

A Consent to Abandonment and Destruciton of Property was signed by all parties.

/s/V. Rule
Deputy Clerk