UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:22-CR-005 |
| | ) | |
| v. | ) | CONSENT TO |
| | ) | ABANDONMENT AND |
| KUACHUA BRILLION XIONG, | ) | DESTRUCTION OF |
| | ) | PROPERTY |
| Defendant. | ) | |

The United States of America (also referred to as "the Government") and the Defendant, Kuachua Brillion Xiong, and Defendant's attorney, enter into this Consent to Abandonment and Destruction.

1) On September 21, 2023, Defendant was charged by Indictment in the above-entitled case with: Attempt to Kill or Kidnap the President of the United States, Vice President of the United States, and Presidential Staff, in violation of Title 18, United States Code, Section 1751(c) (Count 1); Threats Against the President of the United States and Vice President of the United States, in violation of Title 18, United States Code, Section 871(a) (Count 2); Threats Against Former Presidents of the United States and the Immediate Family of a Former President, in violation of Title 18, United States Code, Section 879(a)(1) (Count 3); Attempt to Kill or Kidnap Members of Congress, in violation of Title 18, United States Code, Section 351(c) (Count 4); and Possession of a Firearm in Furtherance of Crimes of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) (Count 5). The Indictment also advised Defendant of the Government's intent to seek forfeiture of the firearms, magazines, and ammunition involved in the commission of Count 5 of

the Indictment, more specifically: a Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and .556 ammunition.

2)   Defendant agrees that the Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and .556 ammunition were lawfully seized by, and are legally in the custody of, the law enforcement agency involved in this case.

3)   Defendant hereby waives all right, title, and interest in the Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and .556 ammunition, and consents to its abandonment and destruction. Specifically, Defendant hereby knowingly and voluntarily waives his rights, if any, to the return of the Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and .556 ammunition, involved in this Consent, for any reason, in any judicial or non-judicial proceeding or otherwise. Defendant hereby waives all challenges to the destruction of the Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and .556 ammunition carried out in accordance with this Consent. Additionally, he voluntarily waives all constitutional, legal, procedural, equitable and any other claims arising out of, and/or defenses to the seizure and destruction of the Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and .556 ammunition in any judicial or non-judicial proceeding. Defendant agrees not to contest or assist anyone else in contesting the destruction of the Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and .556 ammunition on any other ground. Defendant waives the requirements of any and all applicable procedures that might afford him specific

rights and remedies related to the seizure of the Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and .556 ammunition and their destruction, including, but not limited to, the Constitution of the United States, the United States Code, and federal policies, rules, and regulations.

4) Defendant hereby agrees to unconditionally release and hold harmless the United States of America and state and local law enforcement agencies working on the investigation in this case, and their officers, employees and agents, from any and all claims, demands, damages, cause of actions or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the seizure and destruction of the Black Rain Ordnance Inc., Model SPEC 15, Caliber, 5.56 rifle (serial # SM045092) and .556 ammunition.

5) This is the entire agreement between the parties. Any modifications to this agreement must be <u>in writing</u> and signed by all parties. Defendant has consulted with his attorney about this agreement, and his potential rights, and knowingly and voluntarily enters into this Consent after full and careful consideration of the facts, the circumstances of the case, and his rights, having had the effective assistance of counsel.

6) <u>Defendant</u>. I have read all of this Consent to Abandonment and Destruction and have discussed it with my attorney. I fully understand the Consent to Abandonment and Destruction and accept and agree to it without reservation. I do this voluntarily and of my own free will.

1/25/2024
Date

Kuachua Brillion Xiong

7) <u>Defendant's Attorney</u>. I have read this Consent to Abandonment and Destruction and have discussed it in its entirety with my client. I concur with my client entering into this Consent to Abandonment and Destruction.

1-25-2024
Date

Michael F. Maloney
Attorney for Kuachua Brillion Xiong
701 Pierce Street
Suite 400
Sioux City, IA 51101
Telephone: 712-252-4158
Telefax: 712-252-4194
E-Mail: mike_maloney@fd.org

8) <u>United States</u>.   The Government agrees to the terms of this Consent to Abandonment and Destruction.

|  |  | Richard D. Westphal<br>United States Attorney |
|---|---|---|
| 1 26 2024 | By: | *signature* |
| Date |  | Jason T. Griess<br>Assistant U.S. Attorney<br>U.S. Courthouse Annex, Suite 286<br>2146 27th Ave, Suite 400<br>Council Bluffs, Iowa 51501<br>Telephone: (712) 256-5108<br>Telefax: (712) 256-5112<br>E mail: Jason.Griess2@usdoj.gov |