IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>KUACHUA BRILLION XIONG,<br><br>　　Defendant. | No. 1:22-cr-00005-RGE-HCA<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |

　　On January 25, 2022, an Indictment was filed against Defendant Kuachua Brillion Xiong, charging Defendant with Attempt to Kill or Kidnap the President of the United States, Vice President of the United States, and Presidential Staff, in violation of 18 U.S.C. § 1751(c) (Count 1); Threats Against the President of the United States and Vice President of the United States, in violation of 18 U.S.C. § 871(a) (Count 2); Threats Against Former Presidents of the United States and the Immediate Family of a Former President, in violation of 18 U.S.C. § 879(a)(1) (Count 3); Attempt to Kill or Kidnap Members of Congress, in violation of 18 U.S.C. § 351(c) (Count 4); and Possession of a Firearm in Furtherance of Crimes of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count 5). Sealed Indictment, ECF No. 27. On January 29, 2024, Defendant appeared before Chief United States Magistrate Judge Helen C. Adams and entered a plea of guilty to Count 2 of the Indictment. Plea Hr'g Mins., ECF No. 111. On this same date, the magistrate judge filed a Report and Recommendation, which recommends that Defendant's guilty plea be accepted. ECF No. 115. No objections to the Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of the recommendation to accept Defendant's plea in this case.

　　The standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case, no objections have been filed, and it appears to the Court upon review of the Report and Recommendation that there is no ground to reject or modify the Report and

Recommendation. Therefore, the Court accepts the Report and Recommendation of January 29, 2024, and accepts Defendant's plea of guilty in this case to Count 2 of the Indictment.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2024.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE